11th
Court of Appeals

 Eastland,
Texas

            Opinion

 

Wesley Gene Johnston

Appellant

Vs.       No.
11-03-00085-CR B Appeal from Palo Pinto County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  Appellant states in
the motion that his probation revocation which is the subject of this appeal
has been disposed of in a plea agreement. 
The motion is signed by both appellant and his counsel.  TEX.R.APP.P.  42.2.  The motion is
granted.

The appeal is dismissed.

 

PER CURIAM

 

August 29, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.